

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 11/8/2019

**MEMO ENDORSED**

November 8, 2019

*Via ECF; Total Pages: 1*
Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Helen Swartz v. Chelsea Grand, LLC
             Docket No.: 1:19-cv-07709-PGG-BCM

> Application GRANTED. However, defendant's letter contains no reason for a two month delay of the initial conference. Therefore, the conference scheduled for November 20, 2019, is ADJOURNED to **December 10, 2019, at 10:00 a.m.**, in Courtroom 20A. SO ORDERED.
>
> _/s/ Barbara Moses_
> Barbara Moses, U.S.M.J.
> November 8, 2019

Dear Judge Moses:

    This office represents Defendants in the above referenced matter. I respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for Wednesday, November 20, 2019, at 10:00 a.m. I have another court matter on that date which cannot be rescheduled.

    I have conferred with Plaintiff's counsel, and he consents to this rescheduling request. The parties submit January 30, 2020, January 31, 2020 and February 3, 2020 for the Court's consideration for rescheduling. This is the first request for adjournment in this matter.

    Thank you for your consideration and kind courtesies in addressing this matter.

                                Respectfully submitted,

                                *Michael K. Chong*

                              Michael K. Chong, Esq.

MKC/ll
cc: Lawrence A. Fuller, Esq. (via ECF)