

# MKC
## LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2019
```

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

**MEMO ENDORSED**  *Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

November 12, 2019

*Via ECF; Total Pages: 1*
Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED. The Court remains unwilling to delay the initial conference until the end of January absent a compelling reason. The initial conference scheduled for December 10, 2019, is ADJOURNED to **December 18, 2019, at 10:30 a.m.,** in Courtroom 20A.
> SO ORDERED.
> _____
> Barbara Moses, U.S.M.J.
> November 12, 2019

Re: Helen Swartz v. Chelsea Grand, LLC
Docket No.: 1:19-cv-07709-PGG-BCM

Dear Judge Moses:

This office represents Defendants in the above referenced matter. I respectfully request an adjournment of the Initial Pretrial Conference, which was originally scheduled for Wednesday, November 20, 2019, at 10:00 a.m. and rescheduled to December 10, 2019 at 10 a.m. I have a mediation on that date which cannot be rescheduled.

I have conferred with Plaintiff's counsel, and he consents to this rescheduling request. The parties submit January 30, 2020, January 31, 2020 and February 3, 2020 for the Court's consideration for rescheduling. This is the second request for adjournment in this matter. The first request was granted.

Thank you for your consideration and kind courtesies in addressing this matter.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

MKC/ll
cc: Lawrence A. Fuller, Esq. (via ECF)