```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/05/2019
```

**MEMO ENDORSED**

LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

SUITE 502
12000 BISCAYNE BOULEVARD
NORTH MIAMI, FLORIDA 33181

MAIN (305) 891-5199
FACSIMILE (305) 893-9505

December 4, 2019

> Application GRANTED. The initial case management conference is ADJOURNED to **January 6, 2020, at 10:30 a.m.** No further adjournments of the initial case management conference will be granted. The parties shall file their joint pre-conference letter (*see* Dkt. No. 13) no later than **January 2, 2020**. SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> December 5, 2019

*Via CM/ECF*
The Honorable Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Helen Swartz v. Chelsea Grand LLC* - Case No.: 1:19-cv-07709-PGG-BCM

**Plaintiff's First Letter Motion Requesting Adjournment**

Your Honor:

An initial Case Management Conference has been set for December 18, 2019, at 10:30 a.m.

This correspondence represents Plaintiff's first motion for an adjournment, which arises due to an unavoidable conflict. I will be attending a second mediation conference in Boston before Judge Harrington on that date [DMA Case No.: 1:18-cv-12050].

Defense counsel has been consulted and has no objection to this request. The Court will undoubtedly note that two previous adjournments have been granted, but at the request of counsel for the defense.

Accordingly, it is respectfully requested that the initial Case Management Conference set for 10:30 a.m. on December 18, 2019, be adjourned. If the Court's calendar can accommodate, both parties are available on January 6, 2020.

The Court's consideration is greatly appreciated.

Respectfully,

FULLER, FULLER & ASSOCIATES, P.A.

Lawrence A. Fuller

cc via ECF: All Counsel of Record