UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN SWARTZ, Individually, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | Case No.:  1:19-cv-07709-PGG-BCM |
| : | |
| CHELSEA GRAND, LLC, a New York : | |
| Limited Liability Company, : | |
| : | |
| Defendant. : | |

## NOTICE OF SETTLEMENT

    **COMES NOW** Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to execution of settlement documents and receipt of settlement funds, and hereby requests: that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within forty-five (45) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice or, on good cause shown, to re-open the case for further proceedings.

Dated:  December 31, 2019                  Respectfully submitted,

                                                            */s/  Lawrence A. Fuller*
                                                            Lawrence A. Fuller, Esq.  (LF 5450)
                                                            FULLER, FULLER & ASSOCIATES, P.A.
                                                            12000 Biscayne Blvd., Suite 502
                                                            North Miami, FL 33181
                                                            (305) 891-5199
                                                            (305) 893-9505 – Facsimile
                                                            Lfuller@fullerfuller.com

                                                            *Counsel for Plaintiff Helen Swartz*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 31st day of December, 2019, the foregoing was filed via CM/ECF, which will automatically generate notice to counsel for defendant:

Michael K. Chong, Esq.
Law Offices of Michael Chong
2 Executive Drive – Suite 240
Fort Lee, NJ  07024
MKC@mkclawgroup.com

/s/  Lawrence A. Fuller
Lawrence A. Fuller, Esq.  (LF 5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 – Facsimile
Lfuller@fullerfuller.com

*Counsel for Plaintiff Helen Swartz*

**SO ORDERED:**

_____
BARBARA C. MOSES
United States Magistrate Judge